UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BIO HI-TECH CO., LTD., a Corporation of Korea

                    Plaintiff,

                - against -

COMAX, INC., a New York Corporation, and
TONY PARK, an Individual,

                    Defendant.
----------------------------------------------------------------X
MAUSKOPF, United States District Judge.

**ORDER**

07 CV 2260 (RRM)(CLP)

This Court adopts in its entirety the unopposed Report and Recommendation dated July 1, 2008 by Magistrate Judge Cheryl L. Pollak. Upon a review of the entire record, and for the reasons stated in the Report and Recommendation, this Court directs entry of Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) against defendants Comax, Inc. and Tony Park. This matter is hereby referred to Magistrate Judge Pollak to conduct an inquest and to report and recommend on the issue of damages.

                                                SO ORDERED.

Dated: Brooklyn, New York
August 14, 2008

                                                ROSLYNN R. MAUSKOPF
                                                United States District Judge